# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARCIL McCOWEN,<br><br>               Petitioner,<br><br>   v.<br><br>A. K. SCRIBNER,<br><br>               Respondent. | ) No. ED CV 05-00193-PA (VBK)<br>)<br>) ORDER (1) ACCEPTING AND ADOPTING<br>) THE REPORT AND RECOMMENDATION OF<br>) THE UNITED STATES MAGISTRATE<br>) JUDGE, AND (2) DISMISSING THE<br>) PETITION FOR WRIT OF HABEAS<br>) CORPUS<br>)<br>) |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the First Amended Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer to First Amended Petition, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: May 31, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE