UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCIL McCOWEN,<br><br>         Petitioner,<br><br>   v.<br><br>A. K. SCRIBNER,<br><br>         Respondent. | No. ED CV 05-00193-PA (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: May 31, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE